THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arthur Lee
 Pressley, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-463    

Submitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Pressley was convicted of failure to return a rented
 motor vehicle valued over $1000.00 but less than $5000.00.  The trial court
 sentenced him to imprisonment for a period of three years, suspended on
 probation for a period of three years and one hundred hours of public service.  Pressley counsel attached to
 the brief a petition to be relieved as counsel, stating that she had reviewed
 the record and concluded this appeal lacks merit.  Pressley did not file a
 separate pro se brief.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1969),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J, AND HUFF AND KITTREDGE, JJ., concur.       

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.